UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                   Criminal No. 11-cr-148-01-PB

<u>Kamel Pickens</u>

## O R D E R

The assented to motion to reschedule jury trial (document no. 12) filed by defendant is granted; Final Pretrial is rescheduled to April 16, 2012 at 4:15 PM; Trial is continued to the two-week period beginning May 1, 2012, 9:30 a.m.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                              <u>/s/ Paul Barbadoro</u>
                                              Paul Barbadoro
                                              United States District Judge

Date: January 20, 2012

cc: Terry L. Ollila, Esq.
    Simon Brown, Esq.
    U.S. Marshal
    U.S. Probation